719 A.2d 159

IN THE MATTER OF WILLIAM C. ISRAEL,
AN ATTORNEY AT LAW.

October 23, 1998.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that by way of reciprocal discipline, **WILLIAM C. ISRAEL** of **YONKERS, NEW YORK,** who was admitted to the bar of this State in 1987, and who thereafter was suspended from practice for a period of two years effective November 3, 1994, and who remains suspended at this time, be disbarred pursuant to *Rule* 1:20–14(a)(5), respondent having been disbarred in New York for the knowing misappropriation of client funds and for practicing law while suspended;

And respondent having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **WILLIAM C. ISRAEL** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **WILLIAM C. ISRAEL** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.